[Nos. 42233-2-I; 42259-6-I.  Division One.  November 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. UMI SIMS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MOSI SIMS, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 97-1-00953-3, 97-1-00954-1, Faith Ireland, J., entered February 9, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Grosse, J.

[No. 42069-1-I.  Division One.  November 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MATHIAS BACHMEIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07666-6, Michael S. Spearman, J., entered January 12, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.

[No. 41577-8-I.  Division One.  November 29, 1999.]

FINANCIAL SERVICES OF PUGET SOUND, INC., *Appellant*, v. PHENNEGER & MORGAN, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-13010-1, Harriett M. Cody, J., entered October 3, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, C.J., concurred in by Becker and Ellington, JJ.